```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MARY L. GRAD
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2763
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.  2:09-mj-00371 KJN |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING PRELIMINARY |
| | ) | EXAMINATION |
| ALEXANDER RICHARD | ) | |
| | ) | |
| Defendant(s). | ) | |

The preliminary examination in the captioned action is currently scheduled for February 19, 2010 at 2:00 p.m. before the Honorable Kendall J. Newman.  The parties are attempting to resolve this case pre-indictment.  Pursuant to Federal Rule of Criminal procedure 5.1(d), the United States, through the undersigned Assistant U.S. Attorney and the defendant through his

///
///
///
///
///

undersigned counsel, Benjamin Galloway, agree and stipulate that the preliminary hearing be continued until March 5, 2010 at 2:00 p.m. before the Honorable Edmund F. Brennan.

```
                                BENJAMIN B. WAGNER
                                United States Attorney

Date: 2/17/10                   /s/ Mary L. Grad
                                By: MARY L. GRAD
                                Assistant United States Attorney


Date: 2/17/10                   /s/ Benjamin Galloway
                                BENJAMIN GALLOWAY
                                Counsel to Defendant
```

**ORDER**

SO ORDERED. The preliminary hearing set for February 19, 2010 at 2:00 p.m. before the Honorable Kendall J. Newman. is VACATED and RESET for  March 5, 2010, at 2:00 p.m. before the Honorable Edmund F. Brennan

Date: February 18, 2010

_____

KENDALL J. NEWMAN

UNITED STATES MAGISTRATE JUDGE

2