```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MARY L. GRAD
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2763
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  CASE NO.  2:09-MJ-371-EFB
                                 )
12                 Plaintiff,    )
                                 )  STIPULATION CONTINUING
13  v.                           )  PRELIMINARY EXAMINATION
                                 )
14  ALEXANDER RICHARD            )
                                 )
15                 Defendant.    )
                                 )
16  _____ )
17
18       The preliminary examination in the captioned action is currently
19  scheduled for March 5, 2010 at 2:00 p.m.  The parties are attempting
20  to resolve this case pre-indictment.  Pursuant to Federal Rule of
21  Criminal procedure 5.1(d), the United States, through the undersigned
22  Assistant U.S. Attorney and the defendant through his
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///
```

1

1  undersigned counsel, Benjamin Galloway, agree and stipulate that the
2  preliminary hearing be continued until March 12, 2010 at 2:00 p.m.
3                                    BENJAMIN B. WAGNER
                                     United States Attorney
4
5  Date: 3/3/10                       /s/ Mary L. Grad_____
                                     By: MARY L. GRAD
6                                    Assistant United States Attorney
7
8  Date: 3/3/10                        /s/ Benjamin Galloway
                                     BENJAMIN GALLOWAY
9                                    Counsel to Defendant
10
11 SO ORDERED.
12 Dated:   March 3, 2010.          _____
                                     EDMUND F. BRENNAN
13                                   UNITED STATES MAGISTRATE JUDGE

2