```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MARY L. GRAD
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2763
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 2:09-MJ-371-EFB |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION CONTINUING |
| v. | ) PRELIMINARY EXAMINATION |
| ALEXANDER RICHARD | ) |
| Defendant(s). | ) |

The preliminary examination in the captioned action is currently scheduled for March 12, 2010 at 2:00 p.m. The parties are attempting to resolve this case pre-indictment. Pursuant to Federal Rule of Criminal procedure 5.1(d), the United States, through the undersigned Assistant U.S. Attorney and the defendant through his

///
///
///
///
///
///

1

1  undersigned counsel, Benjamin Galloway, agree and stipulate that the
2  preliminary hearing be continued until March 26, 2010 at 2:00 p.m.
3                                          BENJAMIN B. WAGNER
                                           United States Attorney
4
5  Date: 3/11/10                            /s/ Mary L. Grad_____
                                           By: MARY L. GRAD
6                                          Assistant United States Attorney
7
8  Date: 3/11/10                           /s/ Benjamin Galloway
                                           BENJAMIN GALLOWAY
9                                          Counsel to Defendant
10
11 SO ORDERED.
12 Dated:   March 11, 2010.
                                           _____
13                                         EDMUND F. BRENNAN
                                           UNITED STATES MAGISTRATE JUDGE
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2