```
1  BENJAMIN B. WAGNER
   United States Attorney
2  MARY L. GRAD
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2763
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:09-MJ-371-EFB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | MOTION TO DISMISS COMPLAINT |
| v. | ) | AND ORDER |
| ALEXANDER RICHARD | ) | |
| Defendant(s). | ) | |

The United States of America, by and through its undersigned attorney, Mary L. Grad, Assistant United States Attorney, respectfully requests that this Court dismiss with prejudice the above-captioned Complaint, filed December 31, 2009.  In resolution of this case, Mr. Richard will enter a guilty plea to related state charges.

///
///
///
///
///

This motion is made pursuant to the provisions of Rule 48(a) of the Federal Rules of Criminal Procedure 48(a).

DATED: March 24, 2010                         BENJAMIN B. WAGNER
                                              United States Attorney


                                              By  /s Mary L. Grad
                                                MARY L. GRAD
                                              Assistant U.S. Attorney


<u>O R D E R</u>

It is ordered that the above-captioned Complaint be and are hereby dismissed with prejudice against ALEX RICHARD.

DATED:  March 24, 2010.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE