```
                    FILED
                    March 24, 2010
                    CLERK, US DISTRICT COURT
                    EASTERN DISTRICT OF
                    CALIFORNIA
                    DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>v.                                 )<br>                                   )<br>ALEXANDER RICHARD,                 )<br>                                   )<br>            Defendant.             ) | Case No. MAG. 09-0371-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ALEXANDER RICHARD, Case No. MAG. 09-0371-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   **X**   Release on Personal Recognizance

   ___   Bail Posted in the Sum of:

          ___   Unsecured Appearance Bond

          ___   Appearance Bond with Surety

          ___   (Other) <u>Conditions as stated on the record.</u>

   **X**   (Other) <u>The defendant is ordered released forthwith per dismissal of case.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>03/24/10</u> at <u>2:50pm</u>.

By _____
Edmund F. Brennan
United States Magistrate Judge